## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **HARRISON BROTHERS DRY DOCK & REPAIR YARD, INC.** | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 07-00527-CG-B |
| | * | |
| v. | * | |
| | * | *In Admiralty* |
| **YELLOWHAMMER BARGE POOL #3 LLC**, a limited liability company, **NATURES WAY MARINE, LLC**, a limited liability company, **QUESTCO, INC.**, a Louisiana corporation, and **HANCOCK BANK OF LOUISIANA**, a national banking association, *in personam,* | * * * * * * * | |
| | * | |
| **BARGES JT-37, CGB-355, CGB-292-B, CGB-270-B, CGB-274-B, CA-506, CGB-346, CA-114-B, CGB-360 and CGB-331,** *in rem,* | * * * * | |
| Defendants. | * | |

## ORDER TO DISCHARGE EACH *IN REM* DEFENDANT
## FROM ARREST AND DISCHARGE SUBSTITUTE CUSTODIAN

THIS CAUSE coming before the Court on Plaintiff Harrison Brothers Dry Dock & Repair Yard, Inc.'s ("Harrison") motion to discharge from arrest the following barges: CGB-355, CGB-292-B, CGB-270-B, CGB-274-B, CA-506, CGB-346, CA-114-B, CGB-360 and CGB-331, and discharge Harrison as substitute custodian and dismiss this cause, with prejudice, each party to bear its own costs, and upon review of such motion, it appears that the same should be GRANTED; and

IT IS, THEREFORE, ORDERED that the Marshal release each of the aforesaid barges from arrest, and the substitute custodian, Harrison is hereby discharged as such custodian, and this cause is hereby DISMISSED, with prejudice, each party to bear its own costs.

DONE AND ORDERED this the 3rd day of August, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE